| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-11367-PMM

| | |
|---|---|
| Donald Thomas Byrne | Petition Filed Date: 04/22/2024 |
| Linda Gail Byrne | 341 Hearing Date: 06/11/2024 |
| 1111 Deer Run | Confirmation Date: 10/17/2024 |
| Reading  PA    19606 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2024 | $275.00 | | 09/25/2024 | $275.00 | | 10/23/2024 | $275.00 | |
| 11/27/2024 | $275.00 | | 12/26/2024 | $275.00 | | 01/23/2025 | $275.00 | |
| 02/26/2025 | $275.00 | | 03/26/2025 | $275.00 | | 04/23/2025 | $275.00 | |
| 06/02/2025 | $275.00 | | 06/26/2025 | $275.00 | | 07/23/2025 | $275.00 | |

**Total Receipts for the Period: $3,300.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,875.00 | $3,778.52 | $96.48 |
| 1 | RESURGENT RECEIVABLES, LLC »» 001 | Unsecured Creditors | $14,759.43 | $0.00 | $14,759.43 |
| 2 | RESURGENT RECEIVABLES, LLC »» 002 | Unsecured Creditors | $18,035.57 | $0.00 | $18,035.57 |
| 3 | CITIZENS BANK NA »» 003 | Unsecured Creditors | $3,787.09 | $0.00 | $3,787.09 |
| 4 | DIAMOND FEDERAL CREDIT UNION »» 004 | Secured Creditors | $3,858.50 | $0.00 | $3,858.50 |
| 5 | DIAMOND FEDERAL CREDIT UNION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | DISCOVER BANK »» 006 | Unsecured Creditors | $14,334.26 | $0.00 | $14,334.26 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $4,611.86 | $0.00 | $4,611.86 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $14,148.57 | $0.00 | $14,148.57 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $931.56 | $0.00 | $931.56 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $1,123.65 | $0.00 | $1,123.65 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $4,162.31 | $0.00 | $4,162.31 |
| 12 | COLONIAL SAVINGS FA »» 012 | Mortgage Arrears | $183.82 | $0.00 | $183.82 |
| 13 | CITIBANK NA »» 013 | Unsecured Creditors | $3,867.54 | $0.00 | $3,867.54 |
| 14 | MEMBERS 1ST FCU | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 24-11367-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,400.00 | Current Monthly Payment: | $275.00 |
| Paid to Claims: | $3,778.52 | Arrearages: | $0.00 |
| Paid to Trustee: | $361.60 | Total Plan Base: | $13,200.00 |
| Funds on Hand: | $259.88 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.