United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-11367-pmm

Donald Thomas Byrne                                                                    Chapter 13

Linda Gail Byrne
          Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 17, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14901007 | + Email/Text: bankruptcydesk@colonialsavings.com | Feb 18 2026 04:15:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2026 at the address(es) listed below:**

**Name                          Email Address**

BRENNA HOPE MENDELSOHN
          on behalf of Joint Debtor Linda Gail Byrne tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
          on behalf of Debtor Donald Thomas Byrne tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
          on behalf of Creditor COLONIAL SAVINGS  F.A. bkgroup@kmllawgroup.com

MILOS GVOZDENOVIC
          on behalf of Creditor Diamond Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com

SCOTT F. WATERMAN [Chapter 13]

District/off: 0313-4                    User: admin                           Page 2 of 2
Date Rcvd: Feb 17, 2026                 Form ID: trc                          Total Noticed: 1

                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 24-11367-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Donald Thomas Byrne
1111 Deer Run
Reading PA 19606

Linda Gail Byrne
1111 Deer Run
Reading PA 19606

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/16/2026.

Name and Address of Alleged Transferor(s):

Claim No. 12: Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102

Name and Address of Transferee:

PNC Bank, N.A.
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg OH 45342

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/19/26

Mohung Wong
**CLERK OF THE COURT**