Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Donald Thomas Byrne
Linda Gail Byrne
1111 Deer Run
Reading, PA 19606

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-11367-PMM**

Petition Filed Date: 04/22/2024
341 Hearing Date: 06/11/2024
Confirmation Date: 10/17/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2025 | $275.00 | | 09/24/2025 | $275.00 | | 10/22/2025 | $275.00 | |
| 11/26/2025 | $275.00 | | 12/29/2025 | $275.00 | | 01/28/2026 | $275.00 | |
| 02/25/2026 | $275.00 | | 03/25/2026 | $275.00 | | 04/22/2026 | $275.00 | |
| 05/28/2026 | $275.00 | | 06/25/2026 | $275.00 | | 07/22/2026 | $275.00 | |

**Total Receipts for the Period: $3,300.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,875.00 | $3,875.00 | $0.00 |
| 1 | RESURGENT RECEIVABLES, LLC<br>»» 001 | Unsecured Creditors | $14,759.43 | $0.00 | $14,759.43 |
| 2 | RESURGENT RECEIVABLES, LLC<br>»» 002 | Unsecured Creditors | $18,035.57 | $0.00 | $18,035.57 |
| 3 | CITIZENS BANK NA<br>»» 003 | Unsecured Creditors | $3,787.09 | $0.00 | $3,787.09 |
| 4 | DIAMOND CREDIT UNION<br>»» 004 | Secured Creditors | $3,858.50 | $2,826.82 | $1,031.68 |
| 5 | DIAMOND CREDIT UNION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $14,334.26 | $0.00 | $14,334.26 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $4,611.86 | $0.00 | $4,611.86 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $14,148.57 | $0.00 | $14,148.57 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $931.56 | $0.00 | $931.56 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $1,123.65 | $0.00 | $1,123.65 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $4,162.31 | $0.00 | $4,162.31 |
| 12 | PNC BANK NA<br>»» 012 | Mortgage Arrears | $183.82 | $123.11 | $60.71 |

**Chapter 13 Case No. 24-11367-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 013 | Unsecured Creditors | $3,867.54 | $0.00 | $3,867.54 |
| 14 | MEMBERS 1ST FCU | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,700.00 | Current Monthly Payment: | $275.00 |
| Paid to Claims: | $6,824.93 | Arrearages: | $0.00 |
| Paid to Trustee: | $609.70 | Total Plan Base: | $13,200.00 |
| Funds on Hand: | $265.37 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.